ACCEPTED
06-15-00080-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

**#06-15-00080-CV**

IN THE COURT OF APPEALS
SIXTH JUDICIAL DISTRICT OF TEXAS
TEXARKANA TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 8:15:00 AM
DEBBIE AUTREY
Clerk

**JOHN W BOWERS (APPELLANT)**

**v**

**BANK OF AMERICA NA AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING LP (APPELLEE)**

---

**Appeal from the rotating Court of Travis County: 250th Judicial District Court Travis County Texas; Trial Court Case #D-1-GN-12-002006: Honorable Karin Crump, Presiding; *NOT* Stephen Yelenosky**

---

**RESPONSE TO MOTION TO DISMISS FOR WANT OF JURISDICTION**

**TO THE HONORABLE COURT OF APPEALS:**

Comes now Appellant, John W Bowers, who files to respond to the motion to dismiss for want of jurisdiction:

**1      TIME**

The notice of appeal was filed on September 10, 2015 *NOT* September 14, 2015!  *See* attached file stamp copy as Exhibit A.  75 days from May 29, 2015 is August 12, 2015 *NOT* July 13, 2015.  Accordingly, the Motion for New Trial was *NOT* overruled by operation of law.  The Notice of Appeal clearly states that this is an appeal from the denial of the Motion for New Trial.  The appellate record is not due until 120 days after the August 12, 2015 denial of the Motion for New Trial.  There is no want of jurisdiction?

**2      APPELLATE RECORD**

The Rule 32.1 material will be filed promptly.  Also, a request for the

**34.5 Clerk's Record will be filed within the time constraints.**

**3       PRAYER FOR RELIEF**

   **WHEREFORE the aforementioned prays that the other side's motion is DENIED.**

                              **Respectfully submitted,**

                              **Robert Stuart Koelsch**
                              **State Bar No 11652020**
                              **PO BOX 4790**
                              **Lago Vista, Texas 78645-0008**
                              **(713) 882-7259 – Phone**
                              **(877) 216-5373 – Fax**
                              **rkoelsch2013@yahoo.com**
                              **Authorized Lawyer**

**CERTIFICATE OF SERVICE AND CONFERENCE**

   **I certify that a true & correct copy of the foregoing has been served in compliance with TRCP upon the other side(s) on or near the file stamp date, without further consultation.**

                **Robert Stuart Koelsch**

**AFFIDAVIT/VERIFICATION**

   **BEFORE ME, the undersigned authority, on this day personally appeared the Affiant, known to me as the person whose name is subscribed below as the Affiant, and who, being duly sworn to tell the whole truth, did depose and respectfully state on his oath as follows:**
   **"I am the Affiant & am competent to make this affidavit. I further depose that I have read the previous and foregoing and that every statement of fact contained therein is true and correct to my personal knowledge as if set**

out herein at length. It is my intent to incorporate these statements of fact by reference.

    This affidavit was made under *Pine v. Gibraltar Savings Association*, 427 S.W.2d 714, 717-18 (Tex. Civ. App. -- Houston [1st Dist.] 1968, no writ), *aff'd after remand*, 519 S.W.2d 238 (Tex. Civ. App. -- Houston [1st Dist.] 1975, writ ref'd n.r.e.)." AFFIANT FURTHER SAYETH NOT.



**Printed name: John W Bowers**      **Affiant**

**SWORN and SUBSCRIBED to before me on the file stamp date.**

                  **Notary Public**

ROBERT STUART KOELSCH
My Commission Expires
August 8, 2019

# EXHIBIT A

9/10/2015 6:39:10 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-12-002006
Patricia Winkler

# D-1-GN-12-002006

| | | |
|---|---|---|
| JOHN W BOWERS | § | IN DISTRICT COURT |
| # 17024929 PLAINTIFF | § | |
| v | § | 345th JUDICIAL DISTRICT |
| | § | |
| BANK OF AMERICA NA | § | TRAVIS COUNTY TEXAS |
| (as Alleged ) as | § | |
| SUCCESSOR BY MERGER | § | |
| TO BAC HOME LOANS | § | |
| SERVICING LP FKA | § | |
| COUNTRYWIDE HOME LOANS | § | |
| SERIVICING LP | § | |
| DEFENDANTS | | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW your Plaintiff John Bowers who objects to the ruling on his Motion for New Trial:

1    IDENTITY

The identity of the trial court & the case's trial court # & style is shown above; except by the local rotating practice of various Courts in that the denial of the Motion for New Trial was the 250th Judicial District: the Honorable Karin Crump, presiding.

2    ORDER APPEALED

The date of the Order is August 12, 2015.

3    APPEAL

Plaintiff desires to appeal: specifically, the lack of a declaratory judgment as to which note is valid & how much, if any, is owed? Furthermore, there is contradictory rulings by two (2) Judges as to the denial of the right to a Jury Trial in contradiction of Amendment VII & Article 1 §15 of the Texas Constitution!  And the failure to acknowledge the payment by anyone from Plaintiff of $1,808.57, for whatever reason … among other errors?  This is including, but not limited to, Plaintiff's Motion to Compel a face to face meeting per Local Rule 13.3(a) of Travis County, Texas.

---

Bowers Notice of Appeal                                                    Page 1

**4   COURT**

This appeal is taken to the 3ʳᵈ Court of Appeals.

**5    NAME**

Plaintiff, John Bowers, is filing this notice.

**6   NOT ACCERERATED**

This appeal is not accelerated.

**WHEREFORE** your Plaintiff pray that the Order denying the Motion for New Trial will be reversed.

Respectfully submitted,

Robert Stuart Koelsch
State Bar No 11652020
PO BOX 4790
Lago Vista, Texas 78645-0008
(713) 882-7259 – Phone
(877) 216-5373 – Fax
rkoelsch2013@yahoo.com
Attorney for Intervenors

### CERTIFICATE OF SERVICE AND CONFERENCE

I certify that a true & correct copy of the foregoing has been served in compliance with TRCP upon the other side(s) on or near the file stamp date, without consultation as this is a Notice of Appeal.

Robert Stuart Koelsch

---

## IN THE COURT OF APPEALS
## SIXTH JUDICIAL DISTRICT OF TEXAS
## TEXARKANA TEXAS

**JOHN W BOWERS (APPELLANT)**

**v**

**BANK OF AMERICA NA AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING LP (APPELLEE)**

_____

**Appeal from the rotating Court of Travis County: 250th Judicial District Court Travis County Texas; Trial Court Case #D-1-GN-12-002006: Honorable Karin Crump, Presiding; _NOT_ Stephen Yelenosky**

_____

## O R D E R

**The Appellee's Motion to Dismiss for Want of Jurisdiction is DENIED.**


**Appellant's Motion to Compel a face to face meeting per Travis County Local Rule 13.3(a) is:**


**_____ GRANTED    _____ DENIED, Appellant's timely objected.**



**SIGNED on**



**_____**

**JUSTIC PRESIDING**